BRIAN RUSSELL, TDCJ # 524618
W.P. CLEMENTS, JR. UNIT
9601 SPUR 591
AMARILLO, TX 79107-9606

RONALD RUMPF, TDCJ # 695566
W.P. CLEMENTS, JR. UNIT
9601 SPUR 591
AMARILLO, TX 79107-9606

PEGGY CULP
APPELLATE CLERK
501 S. FILLMORE, SUITE 2-A
AMARILLO, TX 79101-2449



FILED
JAN 30 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

22 JANUARY 2015

DEAR CLERK:

PLEASE FILE THIS LETTER WITH THE 7TH COURT OF APPEALS, CAUSE NUMBER 07-14-00199-CV, BRIAN RUSSELL AND RONALD RUMPF v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE.

APPELLANTS HEREBY OFFER THIS LETTER AS AN EXPLINATION UNDER TEXAS RULES OF APPELLATE PROCEDURE, RULE 38.8(A)(1).

APPELLANTS ARE CURRENTLY EXPERIENCING UNFORESEEN DELAYS IN TYPING, PROOF-READING, AND RETYPING THEIR APPELLANTS' BRIEF, APPELLANTS ARE CONFIDENT THAT THE COURT WILL RECEIVE THEIR BRIEF WITHIN THE TEN DAYS ALLOWED BY TRCP RULE 5 FOR DOCUMENTS SUB-MITTED BY MAIL, BUT DOUBT IT WILL BE POSTMARKED BY THE CURRENT FILLING DEADLINE OF JANUARY 26, 2015.

IN THE EXTENT THAT THE BRIEF IS POSTMARKED LATE, APPELLANTS WISH TO INFORM THE COURT IN ADVANCE OF THE REASON FOR THEIR TARDINESS, AND ALSO TO URGE THE COURT THAT APPELLEE TDCJ IS UNLIKELY TO BE SIGNIFICANTLY INJURED BY THE SHORT DELAY THAT WOULD BE INVOLVED.

APPELLANTS THEREFORE RESPECTFULLY ASK THE COURT TO ACCEPT

THEIR BRIEF, IF NECESSARY, UNDER TEXAS RULES OF APPELLATE PROCEDURE, RULE 38.8(A)(2) RATHER THAN REJECTING IT AS UNTIMLY FILED.

SINCERELY,

BRIAN RUSSELL

AND

RONALD RUMPF

BRIAN RUSSELL STABLES
V.I.P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TX 79107-9606

LEGAL MAIL

CERTIFIED MAIL™

7013 2250 0001 8182 3054

APPELLATE CLERK PEGGY CULP
501 S. FILLMORE, SUITE 2-A
PO BOX 9540
AMARILLO, TX 79

COPIES